IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY SNEE,
an individual,

      Plaintiff,

vs.                                                                               No. CIV 12-1268 JB/RHS

ROBINSON AVIATION INCORPORATED,
a foreign corporation; et al.

      Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS COURT having been advised by the parties that the parties have settled all claims associated with the above-captioned case, and the parties being in agreement that all claims against Defendants should be dismissed with prejudice, orders as follows:

IT IS ORDERED that each and every claim set forth in the Complaint against Defendants is dismissed with prejudice, and without an award of attorneys' fees or costs to any party.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ George R. McFall*
   George R. McFall
   K. Cameron Johnson
   Attorneys for Defendants
   P.O. Box 2168
   Bank of America Centre, Suite 1000
   500 Fourth Street, N.W.
   Albuquerque, New Mexico 87103-2168


APPROVED:

By: */s/ electronic approval on 3-26-14*
   Miguel San Pedro, Esq.
   Plaza Building
   245 SE 1st Street, Suite 214
   Miami, Florida 33131