IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRY SNEE,
an individual,

      Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　No. CIV 12-1268 JB/RHS

ROBINSON AVIATION INCORPORATED,
a foreign corporation; and JOSE D. SOTO,
an individual.

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Stipulated Order of Dismissal with Prejudice, filed March 31, 2014 (Doc. 42)("Stipulated Order"). In the Stipulated Order, because the parties informed the Court that "the parties have settled all claims" and "agree[d] that all claims against Defendants should be dismissed with prejudice," Stipulated Order at 1 the Court ordered "that each and every claim set forth in the Complaint against Defendants is dismissed with prejudice," Stipulated Order at 1. Because the Stipulated Order disposes of all claims and parties before the Court, final judgment is appropriate.

**IT IS ORDERED** that Plaintiff Terry Snee's claims and case against Defendants Robinson Avian Incorporated and Jose D. Soto are dismissed with prejudice, and final judgment is entered.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

*Counsel*

Pia Gallegos
Albuquerque, New Mexico

--and--

Miguel San Pedro
Miami, Florida

    *Attorneys for the Plaintiff*

George R. McFall
Kevin Cameron Johnson
Jennifer L. Bradfute
Modrall Sperling Roehl Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendants*